U.S. First Circuit
Related Case
2004-8020
91-8018 92-8028

2005 Civ No _____

United States Court of Appeals
For The
First Circuit

Feb 16 (2005)

In Re Verley Moore )
)
)
Verley Moore )
vs )
Com of Massachusetts )
Attorney General of Mass )
)

FILED
2005 FEB 22 P 3:03
U.S. DISTRICT COURT
DISTRICT OF MASS
CLERKS OFFICE

Notice of Appeal
From The Dismissal
of 28 USCA 2254- 2241

CC:
US Attorney
Dist. Mass

CC   2005 Civ-10075   in Clerk                    Judge Andrew Young
     US District Court District Massachusetts

Comes Now pro se Petitioner
Moving Before this Hon Court, File a Notice of
Appeal From The Summarily Dismissal of Petitioner
28 USCA 2254- 2241
            Dismissal entered on Feb 1st (2005)
Please Docket The Original Petition For
Transmittal To The U.S. Court of Appeals
   For The First Circuit

Sworn Under 28 USCA 1746                    /s/ [signature]
Feb 16 (2005) Notary Public           Segregation Unit Verley Moore
                                      Reg No 18166-038 U.S
                                      Prison Lewisburg PA
                                      Box 1000  17837