87-1844
US first
Circuit

Hon Justice M Boyce
Chief U.S. Circuit Judge

U.S. First Circuit
2004-8020 SC

UNITED STATES Court of Appeal for the First Circuit

March 10, 2005

2005 MAR 14 P 2

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

In re Vetter Moore

Vetter Moore
v.
USDC First District of Massachusetts
Gov of the USA
U.S. Attorney General

Notice of Appeal
From the Denial
of Habeas Corpus

CIV 2005-10075
U.S. District Court District Massachusetts Boston
Notice of Appeal is filed from the
Final Decision on Feb 1st (2005) Dismissal &
Bar Order issued by U.S. Judge Young
Denying 28 USC 2254-2241
Appeal is Taken to the U.S.
Court of Appeals for the First Circuit
Restricted to the 28 USC 2254-2241
on File

Signature _____
Vetter Moore pay to
Vetter Moore US Prison
Lewisburg PA