UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number: 05-mc-10075

Vetter G. Moore

v.

Commonwealth of Massachusetts, et al

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/22/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 24, 2005.

Tony Anastas, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/25/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-mc-10075-WGY

Moore v. COMMONWEALTH OF MASSACHUSETTS  
Assigned to: Chief Judge William G. Young

Date Filed: 02/01/2005

**Petitioner**

**Vetter G. Moore**       represented by  **Vetter G. Moore**  
F.C.I. Ray Brook  
PO Box 905  
Ray Brook, NY 12977  
PRO SE

V.

**Respondent**

**COMMONWEALTH OF MASSACHUSETTS**  
*ET AL.*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2005 | 1 | Judge William G. Young : ORDER entered. MEMORANDUM AND ORDER(Keefe, Deborah) Additional attachment(s) added on 2/9/2005 (Keefe, Deborah). (Entered: 02/09/2005) |
| 02/09/2005 |  | Civil Case Terminated. (Keefe, Deborah) (Entered: 02/09/2005) |
| 02/22/2005 | 2 | NOTICE OF APPEAL by Vetter G. Moore. NOTICE TO COUNSEL: A Transcript Report/Order Form, |

| | | |
|---|---|---|
| | | which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/4/2005. No fee submitted.(Keefe, Deborah) (Entered: 03/15/2005) |
| 03/14/2005 | ●3 | NOTICE OF APPEAL by Vetter G. Moore. No fee or motion to proceed without payment was received NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/4/2005. (Keefe, Deborah) (Entered: 03/18/2005) |