*05-10075*
*USDC / MA*
*Young, W.*

# MANDATE
# United States Court of Appeals
## For the First Circuit

No.    05-1443

---

VETTER G. MOORE,

Petitioner, Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS,

Respondent, Appellee.

---

**JUDGMENT**
**Entered: September 14, 2005**

By order entered May 12, 2005, appellant was directed to show cause in writing as to why this appeal should not be dismissed as duplicative of Appeal No. 05-1442. Appellant was warned that failure to respond by May 26, 2005 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b).

By the Court:
Richard Cushing Donovan, Clerk

**JULIE GREGG**

By:_____
Operations Manager

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 10|6|05

[cc: Vetter G. Moore, Tom Reilly, AG]