**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 05-1442

VETTER G. MOORE,

Petitioner, Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS,

Respondent, Appellee.

Before

Boudin, <u>Chief Judge</u>,
Stahl, <u>Senior Circuit Judge</u>,
and Lynch, <u>Circuit Judge</u>.

JUDGMENT

Entered: September 29, 2005

Currently pending before this court is Vetter Moore's appeal from the district court's Memorandum and Order dated February 1, 2005. In that order, the district court struck Moore's filing of January 25, 2005, and returned it to him, in conformance with the district court's 1987 order in Civil Action NO. 87-0942-WGY ("the 1987 Order"), enjoining him from filing any papers without the aid and signature of counsel, and providing for periodic review of his filings to determine if they presented any new non-frivolous discernable legal claim warranting docketing and filing. Although the district court docketed Moore's appeal, it also denied his motion to proceed on appeal in forma pauperis and certified that the appeal was not taken in good faith. <u>See</u> Fed. R. App. P. 24(a)(3).

Moore has filed numerous documents in this court, some of which may liberally be construed as appellant's brief and a renewed motion to proceed IFP, pursuant to Fed. R. App. P. 24(a)(5). However, none of these filings contains any coherent legal challenge to the district court Memorandum and Order from which Moore has appealed. In striking Moore's January, 25, 2005 filing,

the district court applied its 1987 Order, which was upheld by this court in 1988. See <u>Vetter Moore</u> v. <u>United States District Judges of Massachusetts, et al.</u>, No. 87-1844, slip op. at 6 (1st Cir. 1988)(unpublished per curaim). Because it clearly appears that this appeal presents no substantial question, it is <u>dismissed</u>. See 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

By: _____MARGARET CARTER_____
         Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____WH_____
Deputy Clerk

Date: 10/21/05

[cc: Vetter G. Moore, Tom Reilly, AG]